SCOTT N. JOHNSON, ESQ., SBN 166952
Law Offices of SCOTT N. JOHNSON
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>        Plaintiff,<br><br>    vs.<br><br>Doris L. Azevedo, Individually and d/b/a LOU'S DRIVE-IN #2; Johnnie L. Bergh, Individually and as Trustee of the Louis and Johnnie L. Bergh Family Trust B; and DOES one through ten inclusive,<br><br>        Defendants | Case No.: CIV.S 05-cv-02634-WBS-DAD<br><br>**STIPULATED DISMISSAL AND** ~~*Proposed*~~ **ORDER**<br><br>Complaint Filed: DECEMBER 29, 2005 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed **without** prejudice pursuant to FRCP 41 (a)(2).

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1  Dated: March 7, 2007 | LAW OFFICES OF DEBORAH BARRON |
| 2 | ____/s/ Deborah Barron_____ |
| 3 | DEBORAH BARRON, |
| 4 | Attorneys for Defendant Doris L. Azevedo |

Dated: March 7, 2007          /s/Scott N. Johnson_____
                              SCOTT N. JOHNSON
                              Plaintiff, In Pro Per

**IT IS SO ORDERED**.

Dated:   March 7, 2007

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com